IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JERMAINE KENYATTA COLEMAN                                    PLAINTIFF

VS.                                          CIVIL ACTION NO. 2:18-CV-29-KS-MTP

OFFICER ALEXANDER KITCH                                      DEFENDANTS

ORDER

This cause is before the Court on Motion to Dismiss [7] filed by Defendant Alexander

Kitch and Report and Recommendation [9] filed by United States Magistrate Judge Micharel T.

Parker. The Court has considered same and finds that the Report and Recommendation is not

objected to, and the Court finds that the Report and Recommendation should be accepted as the

finding of this Court and incorporated in this Court's Order.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion to Dismiss [7] filed

by Defendant Kitch be and same is hereby DENIED without prejudice to contest the sufficiency

of the allegations after a *Spears* hearing.

SO ORDERED, this the ___4th___ day of May, 2018.


                                        __s/Keith Starrett_____
                                        UNITED STATES DISTRICT JUDGE